UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUCESORES DE DON CARLOS NUNEZ  :
Y DONA PURA GALVES, INC., d/b/a BANCO
NUNEZ,                                                           :

       Plaintiff,                                 :

         -against-                                  :

SOCIETE GENERALE, S.A. d/b/a SOCIETE  :
GENERALE AMERICAS,
                                                         :

       Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

**ORDER**

20-CV-851 (LTS)(KNF)

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on July 15, 2020, at 10:00 a.m. All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       June 17, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE