UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUCESORES DE DON CARLOS NUÑEZ Y DOÑA PURA GALVEZ, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOCIÉTÉ GÉNÉRALE, S.A., *et al.*, <br><br> Defendants. | Civil Action No. 1:20-cv-00851-LTS-KNF |

**NOTICE OF VOLUNTARY DISMISSAL OF THE BANK OF NOVA SCOTIA, THE NATIONAL BANK OF CANADA, AND BANCO BILBAO VIZCAYA ARGENTARIA**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Sucesores de Don Carlos Nuñez y Doña Pura Galvez, Inc. hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice solely as to (1) The Bank of Nova Scotia, d/b/a Scotia Holdings (US) Inc., a/k/a The Bank of Nova Scotia, Miami Agency; (2) The National Bank of Canada, d/b/a National Bank of Canada Financial Group, Inc.; and (3) Banco Bilbao Vizcaya Argentaria, S.A., d/b/a BBVA, USA.

Dated: July 16, 2020                                          Respectfully submitted,

Javier A. Lopez (admitted *pro hac vice*)           /s/ Steven F. Molo
Benjamin Widlanski                                              Steven F. Molo
Dwayne Antonio Robinson (admitted *pro hac vice*)   Sara E. Margolis
Evan J. Stroman (admitted *pro hac vice*)           MOLO LAMKEN LLP
KOZYAK TROPIN THROCKMORTON                                      430 Park Avenue
2525 Ponce de Leon Blvd., 9th Floor                             New York, NY  10022
Miami, FL  33134                                                Tel.: (212) 607-8160
Tel: (305) 372-1800                                             Fax: (212) 607-8161
Fax: (305) 372-3508                                             smolo@mololamken.com
jal@kttlaw.com                                                  smargolis@mololamken.com
bwidlanski@kttlaw.com
drobinson@kttlaw.com
estroman@kttlaw.com

Paul A. Sack (admitted *pro hac vice*)
LAW OFFICES OF PAUL A. SACK, P.A.
1210 Washington Ave., Ste. 245
Miami Beach, FL  33139
Tel: (305) 397-8077
Fax: (305) 763-8057
paul@paulsacklaw.com

*Attorneys for Plaintiff*
*Sucesores de Don Carlos Nuñez y Doña*
*Pura Galvez, Inc.*

2