UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUCESORES DE DON CARLOS NUNEZ
Y DONA PURA GALVEZ, INC., d/b/a BANCO
NUNEZ,

        Plaintiff,

        -against-

SOCIETE GENERALE, S.A. d/b/a SOCIETE
GENERALE AMERICAS,

        Defendant.
------------------------------------------------------------X

ORDER

20-CV-851 (LTS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The plaintiff made a motion to file a second amended complaint on July 16, 2020. IT IS HEREBY ORDERED that the response to the motion and any reply be made in accordance with Local Civil Rule 6.1 of this court.

Dated: New York, New York
       July 17, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE