UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

SUCESORES DE DON CARLOS NUÑEZ Y DOÑA PURA GALVEZ, INC.; MYRIAM E. NUÑEZ, as Personal Representative and Executor of the ESTATE OF NESTOR FRANCISCO NUÑEZ GALVEZ; EILEEN DOMINGUEZ, as Personal Representative and Executor of the ESTATE OF BLANCA NUÑEZ; GLORIA TORRALBAS NUÑEZ; GLORIA PILAR MOLINA, as Personal Representative and Administrator of the ESTATE OF THOMAS TORRALBAS NUÑEZ; PURA AMERICA OCHOA NUÑEZ; NORKA CABANAS NUÑEZ; CARLOS CABANAS NUÑEZ; SILVIA NUÑEZ TARAFA; CARLOS NUÑEZ TARAFA; LOURDES NUÑEZ, as Personal Representative and Administrator of the ESTATE OF ALEJANDRO NUÑEZ TARAFA; CARLOS ARSENIO NUÑEZ RIVERO, as Personal Representative and Executor of the ESTATE OF CARIDAD MARIA RIVERO CABALLERO; and CARLOS ARSENIO NUÑEZ RIVERO,

          Plaintiffs,

    -against-

SOCIÉTÉ GÉNÉRALE, S.A., and
BNP PARIBAS, S.A.,

          Defendants.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/1/2022

20-CV-851 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On February 25, 2022, Plaintiffs filed a Third Amended Complaint in this litigation.

(ECF No. 122.) The parties are directed to submit to the Court by March 15, 2022 a joint letter

proposing the next steps and associated deadlines for this case.

    SO ORDERED.

Dated: New York, New York
       March 1, 2022

                                              */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                         United States District Judge